UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO.   2:19-cv-516

ISLAND ROOFING AND RESTORATION LLC
(a/a/o) EUGENE CAVANAGH AND
PARASKEVI CAVANAGH,

     Plaintiff,

vs.

ELECTRIC INSURANCE COMPANY,

     Defendant.

_____/

## NOTICE OF REMOVAL

COMES NOW, Defendant, ELECTRIC INSURANCE COMPANY (hereinafter referred to as "Defendant"), pursuant to 28 USC §1441 and 1446 hereby gives Notice of Removal to this Court of the case *Island Roofing and Restoration (a/a/o Eugene Cavanagh and Paraskevi Cavanagh vs. Electric Insurance Company*, filed in the Circuit Court for the Twentieth Judicial Circuit in and for Collier County, Florida, Case No. 19-CA-2346 and as grounds for removal Defendant states as follows:

## BACKGROUND

1.     An action was commenced by the filing of a Complaint in the Twentieth Judicial Circuit in and for Collier County, Florida styled *Island Roofing and Restoration (a/a/o Eugene Cavanagh and Paraskevi Cavanagh vs. Electric Insurance Company*, filed in the Circuit Court for the Twentieth Judicial Circuit in and for Collier County, Florida, Case No. 19-CA-2346.  A copy of the Complaint is attached hereto as Exhibit "1".

2.     In the Complaint, Plaintiff alleges that Defendant breached its obligation to make payments pursuant to a homeowners' policy of insurance issued to Electric Insurance Insureds

and subsequently assigned to Island Roofing.  The Complaint seeks compensatory damages, attorney's fees, costs and pre-judgment interest.

3.      Defendant was served with a copy of the Complaint on July 11, 2019.

4.      The above described state court action is a civil action in which this Court has original jurisdiction pursuant to 28 USC §1332, and is one which may be removed to this Court by Defendant pursuant to 28 USC §1441 because it is a civil action in which the matter in controversy, exclusive of interests and costs, exceeds $75,000.00 and is between citizens of different states.

## DIVERSITY OF CITIZENSHIP EXISTS BETWEEN THE PARTIES

5.      Plaintiff resides in Collier County, Florida and is a citizen of the State of Florida. See Complaint ¶1.

6.      Defendant is a Massachusetts corporation with a principal place of business in Beverly, Massachusetts.  Therefore, Electric Insurance Company is a citizen of the State of Massachusetts.  See Declaration of Lisa Pierce attached hereto as Exhibit "2".

7.      Thus, there exists complete diversity of citizenship between the parties pursuant to 28 USC §1332(a)(1).

## AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

8.      The Complaint alleges that Plaintiff's claim is "in excess of $15,000.00 exclusive of costs, attorney's fees, and interest."   Complaint ¶4.   Plaintiff demands judgment for compensatory damages and attorney's fees as well as costs.

9.      Plaintiff provided Defendant with notice of her claim and a demand for damages in the amount of $61,739.19, plus pre-judgment interest and Plaintiff attorney's fees.   See Declaration of Lisa Pierce attached hereto as Exhibit "2".

10.     Thus, based upon Plaintiff's demand submitted to Defendant, her claim for homeowner's insurance policy benefits most likely exceeds $75,000.00.

11.     Plaintiff also seeks to recover attorney's fees in the Complaint.   Applicable Florida Law authorizes an award of reasonable attorney's fees to an insured that prevails in a proper suit for coverage against the insurer.  See Florida Statute §627.428.

12.     Where, as here, attorney's fees are authorized by statute, they are included in determining the amount in controversy for purposes of Federal Diversity Jurisdiction.   See *Morrison v. Allstate Indemnity Company*, 228 F.3d 1255 (11th Cir. 2000); *Brown v. Cunningham Lindsey US, Inc.*, No. 305CV141J32HTS, 2005 WL 1126670, *4 (M.D. Fla.) May 11, 2005.

13.     Accordingly, the damages at issue in this case, together with attorney's fees are in excess of $75,000.00.

## ELECTRIC HAS COMPLIED WITH THE PROCEDURAL REQUIREMENTS FOR REMOVAL

14.     Defendant attaches as Exhibit "1", all processes, pleadings, orders and other papers and exhibits filed in this action.  28 USC §1446(a).  Venue properly rests in the Ft. Myers Division of the United District Court for the Middle District of Florida pursuant to 28 USC §1441(a) and Local Rule 1.02 since this action is being removed from the State Court wherein it was originally filed in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

15.     Defendant will file with the Clerk of the Court for the Twentieth Judicial Circuit in and for Collier County, Florida a Notice of Filing of Removal pursuant to 28 USC §1446(d) and will give written notice thereof to all adverse parties.

16.     Pursuant to 28 USC §1446(b), this Notice of Removal has been timely filed and without waiver by Defendant.  Specifically, this Notice of Removal is filed within thirty (30) days after the Complaint was served upon Defendant (July 11, 2019).

WHEREFORE, Defendant, ELECTRIC INSURANCE COMPANY, hereby serves Notice of Removal of this action to the United States District Court for the Middle District of Florida.

DATED this 25th day of July 2019.

> **s/Jonathan B. Aronson**
> Florida Bar No.  434116
> Jonathan B. Aronson, Esq.
> ARONSON LAW FIRM
> 95 Merrick Way
> Suite 720
> Miami, Florida  33134
> Telephone:     (305) 662-1233
> Facsimile:      (305) 662-1266
> Email:           jaronson@aronsonlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> **s/Jonathan B. Aronson**
> Jonathan B. Aronson, Esq.
> Florida Bar No.  434116
> ARONSON LAW FIRM
> 95 Merrick Way
> Suite 720
> Miami, Florida 33134
> Telephone:     (305) 662-1233
> Facsimile:      (305) 662-1266
> Email: jaronson@aronsonlawfirm.com

## SERVICE LIST

Paris Webb, Esq.
197 South Federal Highway; Suite 300
Boca Raton, Florida  33432
Tel: (561) 757-600
Fax: (877) 241-2411
paris@insurancelawyers.org

*19-000180783*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

---

ISLAND ROOFING AND RESTORATION LLC
(A/A/O EUGENE CAVANAGH AND PARASKEVI
CAVANAGH)

PLAINTIFF(S)

VS.

ELECTRIC INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT

| | |
|---|---|
| **CASE #:** | **2019CA002346** |
| **COURT:** | **CIRCUIT COURT** |
| **COUNTY:** | **COLLIER** |
| **DFS-SOP #:** | **19-000180783** |

# **NOTICE OF SERVICE OF PROCESS**

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Tuesday, July 9, 2019 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, July 11, 2019 to the designated agent for the named entity as shown below.

ELECTRIC INSURANCE COMPANY
LISA R PIERCE
75 SAM FONZO DR
BEVERLY, MA 01915

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer

JAY ARNESEN
ARNESEN WEBB, P.A.
900 N. FEDERAL HWY.
STE 280
BOCA RATON, FL 33432

# EXHIBIT "A"

CC1

Filing # 91038868 E-Filed 06/13/2019 11:14:18 AM

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

CASE NO.:

ISLAND ROOFING AND
RESTORATION LLC
(a/a/o Eugene Cavanagh
and Paraskevi Cavanagh),

        Plaintiff,

vs.

ELECTRIC INSURANCE
COMPANY,

        Defendant.

_____

## SUMMONS

_____

**THE STATE OF FLORIDA**

To the Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons, a copy of the Complaint, Request to Produce and Interrogatories, in this action on the Defendant:

### ELECTRIC INSURANCE COMPANY

DEFENDANT TO BE SERVED CARE OF:

**CHIEF FINANCIAL OFFICER as RA
200 E. GAINES STREET
TALLAHASSEE FL 32399**

    Each Defendant is required to serve written defenses to the Complaint on the Plaintiff's attorney, **PARIS R. WEBB, ESQ,** ARNESEN WEBB, P.A., located at 197 South Federal Highway, Suite 300, Boca Raton, FL 33432, within twenty (20) days after service of this Summons on the Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or

RECEIVED AS STATUTORY REGISTERED AGENT
on 09 July, 2019 and served on defendant or named party on 11 July, 2019
by the Florida Department of Financial Services

immediately thereafter.  If a Defendant fails to do so, a default will be entered against that

Defendant for the relief demanded in the Complaint.

Jun 17 2019

**DATED** this _____ day of _____, 2019.



**CRYSTAL K. KINZEL**
As Clerk of said Court

*Catherine Klug*

BY: _____
As Deputy Clerk

**ARNESEN WEBB, P.A.**
Attorneys for Plaintiff
197 South Federal Highway, Ste. 300
Boca Raton, FL  33432
Telephone:   (561)-757-6000
Facsimile:    (877)-241-2411
paris@insurancelawyers.org
eservice@insurancelawyers.org

By_____ /s/ Paris R. Webb_____
**PARIS R. WEBB**
Florida Bar No.: 713074

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

CASE NO.:

ISLAND ROOFING AND
RESTORATION LLC
(a/a/o Eugene Cavanagh
and Paraskevi Cavanagh),

       Plaintiff,

vs.

ELECTRIC INSURANCE
COMPANY,

       Defendant.

_____

## COMPLAINT

_____

Plaintiff, ISLAND ROOFING AND RESTORATION LLC, by and through undersigned counsel, sues the Defendant, ELECTRIC INSURANCE COMPANY, (hereinafter "Defendant"), and alleges:

1.      This is an action for damages in excess of $15,000.00, exclusive of court costs, attorney's fees, and interest, and therefore within the jurisdiction of this Court.

2.      At all material times, Plaintiff, ISLAND ROOFING AND RESTORATION LLC, (hereinafter "Plaintiff"), is or was a corporation organized and existing under the laws of the State of Florida with its principal place of business in Collier County, Florida, and does business in Collier County, Florida. Plaintiff is an assignee of Eugene Cavanagh and Paraskevi Cavanagh (hereinafter the "Assignors").

3.      At all material times, Defendant is a Florida company fully licensed to transact insurance in the State of Florida and maintains agents and/or other representatives for the transaction of its customary business in Collier County, Florida.

4.      At all material times, Defendant issued a policy of insurance which inured to the benefit of the Assignors identified as policy number 6486784H1 (hereinafter the "Policy"). The Policy provided property insurance for the Assignors' residential property located at 8673 Erice Ct., Naples, Florida 34114 (hereinafter the "Property"). A complete copy of the Policy is presently unavailable to the Plaintiff, but should be in the possession of the Defendant herein and will be obtained through discovery.

5.      On or about September 10, 2017, the Assignors suffered substantial damages to the Property caused by Hurricane Irma.

6.      Plaintiff provided construction consulting services and other necessary services for the Assignors in connection with the subject loss.

7.      The Policy was in full force and effect on the date of the subject loss.

8.      The Policy provides insurance coverage for all of the losses, damages and expenses that Assignors have suffered and incurred with regard to the subject loss.

9.      Assignors have either actually or equitably assigned the insurance benefits which they are entitled to under the Policy to Plaintiff, by writing, parol, or other course of conduct. Hence, the Plaintiff now stands in the position of Assignors. A copy of an assignment executed and/or agreed to and/or accepted by the Assignors is attached hereto and marked as Plaintiff's Exhibit "A".

10.     Defendant was provided with prompt and timely notice of Plaintiff's claim for assigned benefits under the Policy, and was promptly and timely provided with documentation of Plaintiff's assignment of benefits and estimate of damages.

11.     Defendant acknowledged Plaintiff's claim and assigned claim number 20190425006.

12.     All terms and conditions of the Policy and all conditions precedent to the bringing of the instant action have been performed, waived or excused.

13.     To date, the Defendant has breached the Policy by failing to pay Plaintiff all assigned proceeds due and owing under the Policy.

14.     Because of Defendant's breach of contract by refusal to pay said covered losses, it has become necessary for the Plaintiff to retain the services of the undersigned attorney, and has agreed to pay a reasonable fee for said services, plus necessary costs.

15.     Pursuant to Chapter 627.428, Florida Statutes, Plaintiff is entitled to recover its attorney's fees.

WHEREFORE, Plaintiff, ISLAND ROOFING AND RESTORATION LLC, demands that judgment be entered against the Defendant, for damages of all covered losses, interest on any and all overdue payments, attorney's fees, costs, and any other remedy the court deems necessary and proper and demands trial by jury of all issues triable as of right by a jury.

**ARNESEN WEBB, P.A.**
Attorneys for Plaintiff
197 South Federal Highway, Ste. 300
Boca Raton, FL  33432
Telephone:   (561)-757-6000
Facsimile:     (877)-241-2411
paris@insurancelawyers.org
eservice@insurancelawyers.org

By_____ */s/ Paris R. Webb*_____
       **PARIS R. WEBB**
       Florida Bar No.: 713074

**ISLAND ROOFING**
WE'RE HERE TO MAKE IT EASY

| | |
|---|---|
| **Island Roofing and Restoration LLC** | **Certified Roofing Contractor CCC1327412** |
| **12342 Tamiami Trail East, Suite 201** | **Certified General Contractor CGC1512249** |
| **Naples, FL 34113** | **(239) 778-4050** |

**Owner:** Eugene Cavanagh          **Owner:** Paraskevi Cavanagh

**Address:** 8673 Erice Court, Naples, FL 34114

**Phone:** (732) 604-0551          **Email:** chip401@mac.com

**Insurance Co.:** Electric Insurnace Co          **Policy #:** 6486784h1

**Claim #:** 20190425006          **Date of Loss:** 09/10/2017

This Agreement made by and between Island Roofing and Restoration, LLC., hereinafter called the "Contractor" and the above-named Owner(s), hereinafter called the "Owner". Contractor and Owner(s), for the consideration named herein, the sufficiency hereby acknowledged, hereby agree as follows:

**Article 1 - Objective -** The Owner(s) is/are hiring Contractor to perform a replacement of the roof and all other repairs on the property, damaged, as a result of, a casualty/loss suffered by Owner(s)s, which is covered by Owner's Insurance Policy. By executing this Agreement, Owner authorizes Contractor to prepare a proposed Scope of Work reflecting all necessary repairs related to the damages, using industry standard scoping & pricing data (the "Work").

**Article 2 – Insurance -** The Work is subject to approval by your insurance company. If the claim is not covered or if the price and scope of Work are not approved by your insurance company and after exhaustion of all legal remedies surrounding the disputed Claim, this contract is voidable at the discretion of the Contractor. If the Scope of Work and pricing is accepted by your insurance company, Contractor will obtain payment directly from the insurance company. You will remain responsible to pay your Insurance Deductible, and any items required by law but not covered by your insurance. This Agreement applies to all funds received from your insurance company for this casualty/loss, inclusive of any additions, supplements and/or General Contractor Overhead & Profit paid or payable by the Insurance Company.

**Article 3 - Assignment –** Owner(s) hereby assign any and all insurance rights, benefits, and proceeds under any applicable insurance policies relating to the above-referenced casualty/loss to Contractor. Owner(s) make this assignment in consideration of Contractor's agreement to perform services, supply materials, assess damages to the roof and other areas of the home, and otherwise perform its obligations under its contract with Owner(s), including Contractor not requiring full payment at the time of service. Owner(s) intend(s) to transfer all insurance rights to Contractor, including any causes of action which exist or may exist in the future relating to the above-referenced casualty/loss.

**Article 4 – Direct to Pay -** I hereby authorize and unequivocally demand direct payment of any benefits or proceeds for services rendered by Contractor to be made payable solely to Contractor and shall be delivered directly and exclusively to Contractor. I/we agree that any portion of work, deductible(s), betterment, depreciation, or additional work requested by me, or otherwise not covered by insurance, is ultimately my responsibility.

**Article 5 –** Owner(s) agree(s) to assist Contractor in obtaining payment from the Insurance Company by providing all necessary document reasonably required by Contractor and/or Insurance Company and by executing any additional documents reasonably required by Contractor and/or Insurance Company to make the payments to Contractor.

**Article 6 – Lien Warning:** Florida law mandates the following provision be included in all residential construction contracts:

**ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND SERVICES AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THE CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, THOSE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE ALREADY PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER." FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX, AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY.**

**Article 7 – Owner's Acceptance:** Owner(s) agree(s) to pay the contract amount $_____. This price is subject to change due to unforeseen damages, code requirements, or supplemental payments from Insurance Carrier.

**Article 8 –** I/we represent and warrant that I/we am/are the owner(s) of the above real estate and I have the authority to execute this contract. I/we have read and fully understand this Agreement and I agree to all Terms and Conditions contained herein and on the following page. I/we have received a signed copy of this agreement.

**TERMS AND CONDITIONS**

**Article 9 –Guarantee On Material And Workmanship:** All materials are guaranteed to be as specified in the warranty provided by the manufacturer's warranty. The installation is guaranteed to be performed in accordance with the permits approved by the municipal authority having jurisdiction over the Work for ten years from the date of substantial completion. However, no warranty will be provided for damage caused to the Work by ordinary wear and tear, lack of adequate maintenance, or acts of God, including hurricanes, tornadoes, and the like.

**Initial(s)** E.C.          P.C.

EXHIBIT A

**Article 10 – Changes in Scope of Work**:  Any change in the Scope of Work specifically requested by Owner or required by plan reviewers, city inspectors, and county or state building/planning departments involving extra costs ("Additional Work") will be performed by Contractor and will become an extra charge over and above the Total Price.  Also, Additional Work may be required if concealed conditions are discovered after work has commenced which require work beyond the work described in the Scope of Work.  Contractor may, at its discretion, stop work until the parties execute a Change Order describing the additional work and the cost for same.  In the event that additional work is performed and a change order between the parties was not executed, work will be charged on a time and material basis, plus 20% for Contractor's profit and overhead expenses.  The cost of the Additional Work will be added to the outstanding balance to be paid by Owner and/or Insurance Company.

**Article 11 – Three Day Right Of Rescission**:  Owner may cancel this Agreement at any time before midnight of the third business day after the date of this agreement.

**Article 12 – Notes and Exceptions**.
**A.**  The Total Price shall not include (i) Additional Work not included in the Scope of Work; (ii) variances required by the governing authority or the Homeowner's Association; (iii) repair or replacement of fascia, unless specified; (iv) Replacement of deteriorated decking, flashings or other materials not approved for replacement by your insurance company (v) utilities; (vi) repair or replacement of existing moldings; and/or (vii) Homeowner's Association fees.
**B.**  Plans, Drawings, and Designs made by Contractor, or its assigns, for the Work will remain the property of Contractor.
**C.**  If the Owner's policy is an ACV policy, Contractor will attempt to generate enough available monies to repair/replace the roof, not to exceed the RCV value.  If Contractor determines, in its sole and absolute discretion, that the insurance proceeds available are sufficient to repair/replace the roof, then Owner agrees to pay Contractor all available insurance proceeds.

**Article 13 – Time of Completion**:  Owner acknowledges that delays to the progress of the Work can be caused by events out of Contractor's control, including but not limited to delays in permit processing, inspections, material shortages, unavailability of qualified workers, and severe weather events.  Contractor shall not be liable for any failure to undertake or complete the Work within a particular time.  Contractor may suspend the Work for nonpayment and for causes beyond its control, including but not limited to fire, flood or other casualty; the presence on or beneath the work site of utilities, facilities, substances, or objects, including but not limited to any substance that is hazardous or toxic or the reporting, remediation, or clean-up of which is required by any law or regulation (together "subsurface conditions"); labor disputes or other disagreements; and accidents or other mishaps, whether affecting this work or other operations in which Contractor is involved, directly or indirectly.  No claim for damages shall be made or asserted against the Contractor by reason of any delays, disruptions, or interference.

**Article 14 – General Provisions**
**A.**  This document is the full Agreement between Owner and Contractor, regardless of any prior proposals or communications and is subject to approval by your insurance company of Scope of Work and Price.  Contractor will not be obligated to perform any work absent agreement with your insurance company.
**B.**  Contractor will maintain Workers' Compensation covering its employees, as well as General Liability Insurance, as required by law.
**C.**  Owner shall provide suitable access to the work area.  If Contractor's work is dependent upon or must be undertaken in conjunction with the work of others, such work shall be so performed and completed as to permit Contractor to perform its work hereunder in a normal uninterrupted single shift operation.
**D.**  First payment shall be 40% of the approved roof value, or all of the total received ACV (whichever is less).  The second payment, deductible and all other ACV monies, are due upon final inspection of the roof.  No other trades (e.g. gutters, stucco, paint, interior) will be performed until the second payment is paid by Owner and received by Contractor.  Gutters and stucco will be completed after the second payment.  All other trades will be performed as money is paid by the Carrier.
**E.**  Final payment for all work performed hereunder shall be made upon issuance of a Certificate of Occupancy by the building department or upon passing final inspection by the building department.  No punch list work shall be performed until Contractor has received Final Payment.  Interest at the rate of one and one half percent (1 ½ %) per month shall accrue on all unpaid balances from the due date to the date Contractor receives payment.
**F.**  Attorney's Fees and Costs:  If any action is brought arising out of or related to this Agreement, the prevailing party shall be entitled to reasonable attorney's fees (at all levels), costs, and necessary disbursements in addition to any other relief to which it may be entitled.
**G.**  Dispute Resolution:  Any claim, dispute, or other matter in question arising out of or related to this Agreement or the Work provided hereunder shall be filed in a Court of competent jurisdiction and shall be tried before a Judge.  THE PARTIES HEREBY WAIVE THEIR RIGHT TO A TRIAL BY JURY.
**H.**  Venue and Choice of Law:  The parties agree that venue for any action arising out of this Agreement or performance hereunder, must be in Collier County, Florida, to the exclusion of all other places.  This Agreement is governed and will be interpreted in accordance with Florida Law.
**I.**  This Agreement constitutes the entire agreement and understanding between the parties and supersedes all prior communications, written and oral.  This Agreement may be amended only by a written instrument signed by both parties.
**J.**  If after the roof has been completed and paid in full, including supplements, additions and/or Contractor's Overhead and Profit allotted for the roof, the Owner or Contractor should want to terminate its contractual obligations to the other they may do so with no penalties.
**K.**  Florida law mandates the following provisions be included in all residential construction contracts:

### CHAPTER 558 NOTICE OF CLAIM

ANY CLAIMS FOR CONSTRUCTION DEFECTS ARE SUBJECT TO THE NOTICE AND CURE PROVISIONS OF CHAPTER 558, FLORIDA STATUTES.

### FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND

PAYMENT MAY BE AVAILABLE FROM THE FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A LICENSED CONTRACTOR.  FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD
1940 MONROE STREET, SUITE 33
TALLAHASSEE, FL 32399-1039
Phone: 850.487.1395

e-Signed by Eugene Cavanagh 05/13/2019

**Owner**          **Date**

e-Signed by Calvin Lillion 05/13/2019

**Island Roofing & Restoration, LLC.**          **Date**

e-Signed by Paraskevi Cavanagh 05/16/2019

**Owner**          **Date**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO.   2:19-cv-516

ISLAND ROOFING AND RESTORATION LLC
(A/A/O) EUGENE CAVANAGH AND
PARASKEVI CAVANAGH,

      Plaintiff,

vs.

ELECTRIC INSURANCE COMPANY,

      Defendant.

_____/

### <u>DECLARATION OF LISA PIERCE</u>

I, LISA PIERCE, declare as follows:

1.      I am over 21-years of age, and a resident of the State of New Hampshire.

2.      I am currently employed by Electric Insurance Company as Litigation Manager and have been employed by Electric Insurance Company since 1997.

3.      Electric Insurance Company issued a Homeowner's Policy to Plaintiff which is the subject of this litigation to EUGENE CAVANAGH and PARASKEVI CAVANAGH.

4.      I have knowledge of the facts as set forth in this Declaration and I can competently testify to those facts if called upon to do so as a witness.

5.      Electric Insurance Company is an insurance company organized under the laws of the State of Massachusetts, with its principal place of business at 75 Sam Fonzo Boulevard, Beverly, Massachusetts.

6.      Plaintiff provided notice to Electric Insurance Company of their claim and submitted a demand seeking damages and to repair the subject Plaintiff's roof in the amount of $61,739.19.   The Plaintiff has sought attorney's fees, costs and pre-judgment interest in their lawsuit. In my experience the attorney's fees sought by Plaintiff through the conclusion of this matter will bring the total damages sought in excess of $75,000.00.   A true and correct copy of Plaintiff's estimate for roof repairs is attached hereto as Exhibit "A."

I DECLARE UNDER PENALTY OF PERJURY the foregoing is true and correct and is executed this 22nd day of July, 2019 in Beverly Massachusetts.

**LISA PIERCE**

 **Island Roofing and Restoration LLC**
12342 Tamiami Trail East Ste 201 Naples, FL 34113
Phone: (239) 778-4050

05/18/2019
**Claim Information**
Other
Claim Number: 20190425006
Andrew Sanchez
9785245444
andrew.sanchez@electricinsurance.com

**Eugene Cavanagh**
**Guard - enter off Collier**
8673 Erice Court Naples, FL 34114
(732) 604-0551

Job: SwFL-180836: Eugene Cavanagh

## Roofing - Tile Section

All items use Xactimate line items, protocols, and prices. Each line item is given a detailed explanation as to the relevant codes, Xactimate standard estimating practices used, and formulas figured for waste

| | Qty | Unit | Per Unit Charge | Price |
|---|---|---|---|---|
| RFG SH1/2 M Material Only Sheathing - plywood - 1/2" CDX | 1.00 | EA | $457.92 | $457.92 |

This is for 15 sheets of plywood (480 sqft) to protect drive, and help distribute weight of equipment, dumps and materials. We only charge for the material on
this line item.
These boards usually make it through 2-3 jobs, this is why we do not charge for the labor to deliver and set in place or to remove and haul
away.

| | | | | |
|---|---|---|---|---|
| DMO DUMP - Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 | EA | $468.00 | $936.00 |

The number of dumps is rounded up as there are no partial dumps. A 20yard container can handle about 15 Squares of a tile roof, and then there is also a significant amount of debris from the roof installation,
gutters, stucco, paint cleanup, etc.; therefore, we allow for an extra dump

| | | | | |
|---|---|---|---|---|
| RFG TIL- - Remove Tile roofing - Concrete - "S" or flat tile | 25.85 | SQ | $487.26 | $12,595.67 |

1) Demolition is the trade category in Xactimate for removal; however, our roofers remove the roof because they must also dry in as they go to
limit risk of exposure to sudden rain. Our General Liability and Workers Comp. policies see it the same way, "If they are doing demolition on a
roof, they are roofers." and charge accordingly. Therefore, we changed the labor category for all removal items to RFG "roofing" throughout this roof estimate. That is what "Trade Categories" are for in Xactimate.
2) Xactimate Instructions: Pull up the line item, Click "Unit Price", and the "Trade" category will appear. A drop down of Trade Categories can be
accessed to the right of the current trade, "DMO" (demolition). You must scroll down to access all of the trades, and you will be looking for "RFG" (roofing)

| | | | | |
|---|---|---|---|---|
| RFG TIL- + Tile roofing - Concrete - "S" or flat tile | 29.26 | SQ | $625.74 | $18,309.15 |

The roof waste is figured exact and is what is ordered. There is a 5-7% breakage factor on all tile

EXHIBIT "A"

deliveries, therefore we start with 5% waste on the field squares. Then we figure for every 100 linear feet of Hip, Ridge, Valley, Rake, Flashing and Step Flashing we will need 1 square of tile. This formula is the most accurate formula we are aware of.

| | | | | |
|---|---|---|---|---|
| RFG RLHM - Remove Roll roofing - hot mop application | 25.85 | SQ | $201.91 | $5,219.37 |

1) Demolition is the trade category in Xactimate for removal; however, our roofers remove the roof because they must also dry in as they go to limit risk of exposure to sudden rain. Our General Liability and Workers Comp. policies see it the same way, "If they are doing demolition on a roof, they are roofers." and charge accordingly. Therefore, we changed the labor category for all removal items to RFG "roofing" throughout this roof estimate. That is what "Trade Categories" are for in Xactimate.
2) Xactimate Instructions: Pull up the line item, Click "Unit Price", and the "Trade" category will appear. A drop down of Trade Categories can be accessed to the right of the current trade, "DMO" (demolition). You must scroll down to access all of the trades, and you will be looking for "RFG" (roofing)

| | | | | |
|---|---|---|---|---|
| RFG FELT30 + Roofing felt - 30 lb. | 30.31 | SQ | $43.27 | $1,311.51 |

The underlayment system removed was a 30 / 90 hot mop. This is a two ply system made up of a 30# felt mechanically attached to the deck, and then a #90 rolled roofing mopped with 75lbs per SQ of modified TYPE IV asphalt. We should be installing a 30# felt mechanically attached to the deck with a single layer of "min. 45mil. Self-adhering modified bitumen tile underlayment cap sheet. This is a comparable system to current roofing system. see "Sealing Systems at a Glance" The roofing felt waste is figured exact and is what is ordered. There is a 10% waste factor on the field squares. Then we figure for every 100 linear feet of Hip, Ridge, and Valley we will need 1 square of 30# felt. This formula is the most accurate formula we are aware of.

| | | | | |
|---|---|---|---|---|
| RFG BISA + Modified bitumen roof - self-adhering | 30.31 | SQ | $379.76 | $11,510.53 |

Though there is a 30/90 hot mopped system currently in place for the underlayment, roofing contractors no longer install this system due to EPA regulations and increased insurance premiums. The "self-adhering" technology that has taken over in modified bitumen tile cap sheets has replaced this obsolete system
The Mod Bit self-adhering cap sheet waste is figured exact and is what is ordered. There is a 10% waste factor on the field squares. Then we figure for every 100 linear feet of Hip, Ridge, and Valley we will need 1 square of cap sheet. This formula is the most accurate formula we are aware of.

| | | | | |
|---|---|---|---|---|
| RFG VMTLW & R&R Valley metal - (W) profile | 44.50 | LF | $8.68 | $386.26 |

1) Demolition is the trade category in Xactimate for removal; however, our roofers remove the roof because they must also dry in as they go to limit risk of exposure to sudden rain. Our General Liability and Workers Comp. policies see it the same way, "If they are doing demolition on a roof, they are roofers." and charge accordingly. Therefore, we changed the labor category for all removal items to RFG "roofing" throughout this roof estimate. That is what "Trade Categories" are for

in Xactimate.
2) Xactimate Instructions: Pull up the line item, Click "Unit Price", and the "Trade" category will appear. A drop down of Trade Categories can be accessed to the right of the current trade, "DMO" (demolition). You must scroll down to access all of the trades, and you will be looking for "RFG" (roofing)

| | | | | |
|---|---|---|---|---|
| RFG TILNBM + Hip & ridge nailer board for tile roofing - channel metal | 149.63 | LF | $3.24 | $484.80 |

The Hip and Ridge nailer board waste is figured on average and is more or less what is ordered. The nailer board comes in 10' lengths and jobs vary greatly on the waste. We have found this waste factor on average to be 5-7%, and due to Xactimate's utilization of estimating units (linear feet) it is impractical here to use the ordering units (10' each) which would be required to figure the exact waste. We have figured 5% waste on the linear footage of the Hips and Ridges. This formula is the most accurate formula we are aware of.

| | | | | |
|---|---|---|---|---|
| RFG DRIP> & R&R Drip edge/gutter apron | 184.80 | LF | $3.74 | $691.15 |

1) Demolition is the trade category in Xactimate for removal; however, our roofers remove the roof because they must also dry in as they go to limit risk of exposure to sudden rain. Our General Liability and Workers Comp. policies see it the same way, "If they are doing demolition on a roof, they are roofers." and charge accordingly. Therefore, we changed the labor category for all removal items to RFG "roofing" throughout this roof estimate. That is what "Trade Categories" are for in Xactimate.
2) Xactimate Instructions: Pull up the line item, Click "Unit Price", and the "Trade" category will appear. A drop down of Trade Categories can be accessed to the right of the current trade, "DMO" (demolition). You must scroll down to access all of the trades, and you will be looking for "RFG" (roofing)
The Drip Edge waste is figured on average and is more or less what is ordered. The Drip Edge comes in 10' lengths and jobs vary greatly on the waste due to cuts, though they must overlap a minimum of 3". We have found this waste factor on average to be 5-7%, and due to Xactimate's utilization of estimating units (linear feet) it is impractical here to use the ordering units (10' each) which would be required to figure the exact waste. We have figured 5% waste on the linear footage of the Eaves and Rake. This formula is the most accurate formula we are aware of.

| | | | | |
|---|---|---|---|---|
| RFG TILBSM + Bird stop - Eave closure strip for tile roofing - metal | 184.80 | LF | $3.90 | $720.72 |

The Bird Stop waste is figured on average and is more or less what is ordered. The Bird Stop comes in 10' lengths and jobs vary greatly on the waste. We have found this waste factor on average to be 5-7%, and due to Xactimate's utilization of estimating units (linear feet) it is impractical here to use the ordering units (10' each) which would be required to figure the exact waste. We have figured 5% waste on the linear footage of the Hips and Ridges. This formula is the most accurate formula we are aware of.

| | | | | |
|---|---|---|---|---|
| RFG RIDGT & R&R Ridge / Hip / Rake cap - tile roofing | 182.28 | LF | $17.18 | $3,131.57 |

If you will "Click for Detail" in the "Image" tab, look at the picture and read the description of what is included in this line item you will notice that they do not include the code required "point up mortar" that is currently present as weather blocking. This will be an important detail for the following item, which we had to create because Xactimate does not have it as an item, though code requires it (code shown on next line item)

20% waste factor has been accounted for for breakage and minimum half pallet deliveries

| | | | | |
|---|---|---|---|---|
| RFG BIDITM + Point up mortar weather blocking on Ridge, Hip, Rake and pipe flashings | 158.50 | LF | $9.00 | $1,426.50 |

Florida Building Code - Residential, 6th Edition (2017)
R905.3.7.1 Hip and ridge tiles. Hip and ridge tiles shall be installed in accordance with FRSA/TRI Florida High Wind Concrete and Clay Roof Tile Installation Manual, Fifth Edition where the Vasd is determined in accordance with Section R301.2.1.3 or the recommendations of RAS 118, 119 or 120.

Note: The Counties of Southwest Florida have adopted the FRSA/TRI Florida High Wind Concrete and Clay Roof Tile Installation Manual, Fifth Edition. On page 35, detail FHW-13, "WEATHER BLOCKING", there are three acceptable methods of "weather blocking" hip and ridge tiles.

Currently the insured's roof is utilizing the "point up mortar" method of weather blocking, and we have billed accordingly in this "BID ITEM".

Xactimate software simply does not have a line item for point up mortar weather blocking.

The formula for linear footage is 1LF measured = 1LF needed for Hip and Ridge, and Rake.

| | | | | |
|---|---|---|---|---|
| STU AV - Remove Metal lath & stucco | 8.00 | LF | $2.33 | $18.64 |

The roofers have to cut the lathe and stucco out in order to replace the damaged or deteriorated wall flashing, and so this becomes a part of the roofing trade category.

Notes:
1) Demolition is the trade category in Xactimate for removal; however, our roofers remove the roof because they must also dry in as they go to limit risk of exposure to sudden rain. Our General Liability and Workers Comp. policies see it the same way, "If they are doing demolition on a roof, they are roofers." and charge accordingly. Therefore, we changed the labor category for all removal items to RFG "roofing" throughout this roof estimate. That is what "Trade Categories" are for in Xactimate.

2) Xactimate Instructions: Pull up the line item, Click "Unit Price", and the "Trade" category will appear. A drop down of Trade Categories can be accessed to the right of the current trade, "DMO" (demolition). You must scroll down to access all of the trades, and you will be looking for "RFG" (roofing)

| | | | | |
|---|---|---|---|---|
| FEE DEL + Delivery charge (Bid Item) | 31.11 | SQ | $25.00 | $777.75 |

ABC and Broit Transport rates are identical - $25 per square from Boral to Lee/Collier
NOTE: This includes field and trim pieces with waste

In figuring the total squares of tile, hip, ridge, and rake the exact estimates (methods explained in each

line item) are simply added together. The hip, ridge, and rake tiles are figured at 100 pieces per 1 square per Boral and ABC Supply

| RFG BIDITM + Roof Load Tile | 31.11 | SQ | $55.00 | $1,711.05 |
|---|---|---|---|---|

We use the same pricing as ABC Supply, Florida Specialty Roofing, LLC, as well as, Broit Lifting and Tile Loading LLC; all of which do tile loading for us.

Base price for roof load $45 per square (field and trim tile) # of SQ include hip and ridge tile and waste $5 per square to micro bundle from factory or $5 per square from the loader if not micro bundled (We pay to micro bundle because we have less breakage.
$10 per square more if 7 or 8 pitch
$10 per square for multi access
$10 per square for blending
$6.50 per square on squares over 50' from access point
$5 per square if only one access point

In figuring the total squares of tile, hip, ridge, and rake the exact estimates with waste (methods explained in each line item previously) are simply added together. The hip, ridge, and rake tiles are figured at 200 pieces per square according to Boral's calculations to convert it from a per piece (as they are ordered) to square unit (as Xactimate estimates them). All the companies we use calculate squares of hip, ridge, and rake the same way.

| FEE TIPF + Taxes, insurance, permits & fees (Bid Item) | 1.00 | EA | $250.00 | $250.00 |
|---|---|---|---|---|

This covers most permitting, NOC filing, and fees associated with those things (notary, trip charge, etc.)

| RFG VENTE & R&R Exhaust cap - through roof - 6" to 8" | 1.00 | EA | $120.66 | $120.66 |
|---|---|---|---|---|

Florida Building Code - Residential, 6th Edition (2017)
R908.5 Reinstallation of materials. Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashings, edgings, outlets, vents or similar devices that are a part of the assembly shall be replaced where rusted, damaged or deteriorated. The flashings on this roof are as old as the structure and will certainly be damaged when removed from both the deck and the mopped on underlayment. This is the same reason all drip edge, vents and pipe flashings are replaced. ALL flashings should be replaced during a tile re-roof.
Notes:
1) Demolition is the trade category in Xactimate for removal; however, our roofers remove the roof because they must also dry in as they go to limit risk of exposure to sudden rain. Our General Liability and Workers Comp. policies see it the same way, "If they are doing demolition on a roof, they are roofers." and charge accordingly. Therefore, we changed the labor category for all removal items to RFG "roofing" throughout this roof estimate. That is what "Trade Categories" are for in Xactimate.
2) Xactimate Instructions: Pull up the line item, Click "Unit Price", and the "Trade" category will appear. A

drop down of Trade Categories can be
accessed to the right of the current trade, "DMO"
(demolition). You must scroll down to access all of
the trades, and you will be looking for "RFG"
(roofing)

| | | | | |
|---|---|---|---|---|
| 14. RFG FLPIPEL & R&R Flashing - pipe jack - lead | 3.00 | EA | $96.81 | $290.43 |

Florida Building Code - Residential, 6th Edition
(2017)
R908.5 Reinstallation of materials. Existing slate,
clay or cement tile shall be permitted for
reinstallation, except that damaged, cracked or
broken slate or tile shall not be reinstalled. Any
existing flashings, edgings, outlets, vents or similar
devices that are a part of the assembly shall be
replaced where rusted, damaged or deteriorated.
The flashings on this roof are as old as the structure
and will certainly be damaged when removed from
the deck and mopped on underlayment.
This is the same reason all drip edge, vents and
pipe flashings are replaced. ALL flashings should be
replaced during a tile re-roof.
Notes:
1) Demolition is the trade category in Xactimate for
removal; however, our roofers remove the roof
because they must also dry in as they go to
limit risk of exposure to sudden rain. Our General
Liability and Workers Comp. policies see it the same
way, "If they are doing demolition on a
roof, they are roofers." and charge accordingly.
Therefore, we changed the labor category for all
removal items to RFG "roofing" throughout this
roof estimate. That is what "Trade Categories" are for
in Xactimate.
2) Xactimate Instructions: Pull up the line item, Click
"Unit Price", and the "Trade" category will appear. A
drop down of Trade Categories can be
accessed to the right of the current trade, "DMO"
(demolition). You must scroll down to access all of
the trades, and you will be looking for "RFG"
(roofing)

| | | | | |
|---|---|---|---|---|
| RFG FLL & R&R Flashing - L flashing - galvanized | 8.40 | LF | $6.09 | $51.16 |

Florida Building Code - Residential, 6th Edition
(2017)
R908.5 Reinstallation of materials. Existing slate,
clay or cement tile shall be permitted for
reinstallation, except that damaged, cracked or
broken slate or tile shall not be reinstalled. Any
existing flashings, edgings, outlets, vents or similar
devices that are a part of the assembly shall be
replaced where rusted, damaged or deteriorated.
The flashings on this roof are as old as the structure
and will certainly be damaged when removed from
the deck and mopped on underlayment.
This is the same reason all drip edge, vents and
pipe flashings are replaced. ALL flashings should be
replaced during a tile re-roof.
FRSA/TRI Florida High Wind Concrete and Clay Tile
Installation Manual, 5th edition
Details: "FHW-05 Wall Flashings" "FHW-05A Top
Flashings at Roof to headwall" "FHW-12A Flashing
and Counterflashing at wall abutments"
are the applicable details that cover the kind of roof
to wall flashings encountered and the means by
which they must be installed.
Roofing contractor will have to cut out stucco and
have a stucco contractor replace stucco bead, lathe
and stucco at roof to wall areas, and match the
texture to existing wall. This will also require
painting.

Notes:
1) Demolition is the trade category in Xactimate for removal; however, our roofers remove the roof because they must also dry in as they go to limit risk of exposure to sudden rain. Our General Liability and Workers Comp. policies see it the same way, "If they are doing demolition on a roof, they are roofers." and charge accordingly. Therefore, we changed the labor category for all removal items to RFG "roofing" throughout this roof estimate. That is what "Trade Categories" are for in Xactimate.
2) Xactimate Instructions: Pull up the line item, Click "Unit Price", and the "Trade" category will appear. A drop down of Trade Categories can be accessed to the right of the current trade, "DMO" (demolition). You must scroll down to access all of the trades, and you will be looking for "RFG" (roofing)

The Flashing waste is figured on average and is more or less what is ordered. The Flashing comes in 10' lengths and jobs vary greatly on the waste due to cuts, though they must overlap a minimum of 5". We have found this waste factor on average to be 5-7%, and due to Xactimate's utilization of estimating units (linear feet) it is impractical here to use the ordering units (10' each) which would be required to figure the exact waste. We have figured 5% waste on the linear footage of the Flashing and Step Flashing. This formula is the most accurate formula we are aware of.

| RFG VENTO4 & R&R Roof vent - off ridge type - 4' | 3.00 | EA | $178.95 | $536.85 |
|---|---|---|---|---|

Notes:
1) Demolition is the trade category in Xactimate for removal; however, our roofers remove the roof because they must also dry in as they go to limit risk of exposure to sudden rain. Our General Liability and Workers Comp. policies see it the same way, "If they are doing demolition on a roof, they are roofers." and charge accordingly. Therefore, we changed the labor category for all removal items to RFG "roofing" throughout this roof estimate. That is what "Trade Categories" are for in Xactimate.
2) Xactimate Instructions: Pull up the line item, Click "Unit Price", and the "Trade" category will appear. A drop down of Trade Categories can be accessed to the right of the current trade, "DMO" (demolition). You must scroll down to access all of the trades, and you will be looking for "RFG" (roofing)

| SFG GUTA> - Remove Gutter / downspout - aluminum - 6" | 130.00 | LF | $1.55 | $201.50 |
|---|---|---|---|---|

Roofer must remove gutters in order to replace the drip edge.
Notes:
1) Demolition is the trade category in Xactimate for removal; however, our roofers remove the roof because they must also dry in as they go to limit risk of exposure to sudden rain. Our General Liability and Workers Comp. policies see it the same way, "If they are doing demolition on a roof, they are roofers." and charge accordingly. Therefore, we changed the labor category for all removal items to RFG "roofing" throughout this roof estimate. That is what "Trade Categories" are for in Xactimate.
2) Xactimate Instructions: Pull up the line item, Click "Unit Price", and the "Trade" category will appear. A

drop down of Trade Categories can be
accessed to the right of the current trade, "DMO"
(demolition). You must scroll down to access all of
the trades, and you will be looking for "RFG"
(roofing)

| Mortgage Processing Fee | 1.00 | EA | $600.00 | $600.00 |
|---|---|---|---|---|
| | | | | **$61,739.19** |

| TOTAL | $61,739.19 |
|---|---|