UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: 2:19-CV-516-FtM-MRM

ISLAND ROOFING AND RESTORATION LLC
(A/A/O EUGENE CAVANAGH AND
PARASKEVI CAVANAGH),

      Plaintiff,

vs.

ELECTRIC INSURANCE COMPANY,

      Defendant.
_____

**PLAINTIFF'S NOTICE OF SETTLEMENT**
_____

      COMES NOW, the Plaintiff, ISLAND ROOFING AND RESTORATION LLC, by and through undersigned counsel, hereby files its Notice of Settlement and advises the Court that the Parties have agreed to a settlement of the referenced matter.

      The Parties anticipate filing, *inter alia*, a Stipulation of Dismissal with Prejudice within thirty (30) days of this Notice.

      Dated this 11th day of January, 2020.

                         **ARNESEN WEBB, P.A.**
                         Attorneys for Plaintiff
                         197 South Federal Highway, Ste. 300
                         Boca Raton, FL  33432
                         Telephone:   (561)-757-6000
                         Facsimile:   (877)-241-2411

                         By____*/s/ Paris R. Webb*_____
                              **PARIS R. WEBB**
                           Florida Bar No.: 713074

## CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                              By    */s/ Paris R. Webb*
                                                        PARIS R. WEBB

## SERVICE LIST

**Jonathan B. Aronson, Esq.**
ARONSON LAW FIRM
Counsel for Defendant
95 Merrick Way
Suite 720
Miami, Florida  33134
jaronson@aronsonlawfirm.com

**Adam M. Balkan, Esq.**
BALKAN & PATTERSON, LLP
Co-counsel for Plaintiff
1877 S. Federal Highway, Ste 100
Boca Raton, FL  33432
adam@balkanpatterson.com